THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL JOHNSON, Appellant. [957 NYS2d 261]

Concur— Mazzarelli, J.P., Moskowitz, DeGrasse, Manzanet-Daniels and Clark, JJ.